UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| DONNIVAN LAUZET, | | Case No. 3:16-cv-00140-MMD-VPC |
| | Plaintiff, | ORDER |
| v. | | |
| CHUCK ALLEN et al., | | |
| | Defendants. | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who was in the custody of the Washoe County Detention Center at the time he initiated this case. According to the Washoe County Sheriff's Office inmate search database and the Nevada Department of Corrections inmate search database, it appears that Plaintiff is no longer incarcerated. Pursuant to Nevada Local Rule IA 3-1, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. . . .  The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." LR IA 3-1.

This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. Failure to comply with this rule may result in dismissal of this action without prejudice.

For the foregoing reasons, it is ordered that Plaintiff must file an updated address with this Court within thirty (30) days from the date of entry of this order.

It is further ordered that Plaintiff's failure to timely comply with this order may result in dismissal of this action without prejudice.

DATED THIS 14th day of September 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE