AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

DONNIVAN LAUZET,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  **3:16-cv-00140-MMD-VPC**

CHUCK ALLEN, et al.,

      Defendants.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an updated address in compliance with this Court's September 14, 2016, order (ECF No. [3]).

  October 24, 2016         **LANCE S. WILSON**
                                    Clerk

                                     /s/ D. R. Morgan
                                     Deputy Clerk